UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAXIMO J. GARZA, III,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
    _____/

Case No: 1:14-cv-1150

HON. JANET T. NEFF

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 25, 2015, recommending that this Court affirm the Commissioner's decision. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 17) is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner of Social Security is AFFIRMED.

A Judgment will be entered consistent with this Order.


Dated: December 15, 2015            /s/ Janet T. Neff
                                                                                 JANET T. NEFF
                                                                                 United States District Judge